IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HARRIS, ET AL | : | NO. 18-315 |

### O R D E R

**AND NOW**, this 19th day of August, 2022, upon consideration of Defendant Michael Harris's Motion To Continue Trial (Doc. No. 700), the Court finds, pursuant to 18 U.S.C. § 3161 (h)(7)(A),(B), that (1) the above action cannot proceed to trial as previously scheduled and should be continued because, given the arguments for continuance presented to the Court, the failure to continue the trial date would likely make such proceeding impossible or would result in a miscarriage of justice; and, therefore, (2) the ends of justice served by this continuance outweigh the other interests of the public and the defendant in a speedy trial commencing on the date previously set.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED** and trial in this matter is **CONTINUED.** A new date has not been set.

The period from the date of this Order to the next trial date shall be **EXCLUDED** from all computations of time under the Speedy Trial Act, 18 U.S.C. § 3161.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge