**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **vs.** : | **CRIMINAL NO.: 18-CR-00315** |
| : | |
| **GLEN LONG** : | |

**O R D E R**

AND NOW, this _____ day of _____, 2023, upon consideration of the Defendant's Unopposed Motion for a Continuance of Sentencing, it is hereby **ORDERED** that the sentencing in the above-captioned matter is continued from July 24, 2023 to a later date to be set by the Court.

BY THE COURT:

_____
Gene E.K. Pratter, Judge
United States District Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL NO.: 18-CR-00315** |
| | : | |
| **GLEN LONG** | : | |

**UNOPPOSED DEFENSE MOTION FOR CONTINUANCE**

NOW COMES the defendant, GLEN LONG, by and through his attorney, TODD FIORE, ESQUIRE, and respectfully requests that the above-captioned case, presently scheduled for sentencing on July 24, 2023, be continued to a later date for the following reasons:

1. It is in the Defendant's best interest to continue the sentencing on July 24, 2023.   Mr. Long has been advised this by Counsel and agrees.

2. Mr. Long has sentencing on a non C plea with guidelines more serious than this matter in the District of New Jersey on August 22, 2023.

3. Mr. Long asks to continue his sentencing for this matter until after he is sentenced in the District of Delaware.

4. The Government has no objection to this continuance request.

WHEREFORE, for all of the foregoing reasons, the within Motion for a Continuance should be GRANTED.

Respectfully submitted,

_____
TODD FIORE, ESQUIRE
Attorney for Defendant
Identification No. 87349
834 Chestnut St., Suite 206
Philadelphia, PA 19107
(215) 704-8748

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | CRIMINAL NO.: 18-CR-00315 |
| : | |
| **GLEN LONG** : | |

## CERTIFICATE OF SERVICE

I, TODD FIORE, ESQUIRE, certify that I have served a copy of the attached Motion for Continuance upon Assistant United States Attorney, Kelly Harrell and Everett Witherell by first class mail to her office at 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 or by electronic means.

_____
TODD FIORE, ESQUIRE
Attorney for Defendant